IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

EDWARD TYRONE RIDLEY,                    :
                                         :
                 Petitioner              :
                                         :
                                         :
        VS.                              :        **1 : 07-CV-114 (WLS)**
                                         :
ANDY SELLERS, Warden,                    :
                                         :
                                         :
                 Respondent.             :
_____

## ORDER AND RECOMMENDATION

Presently pending in this 28 U.S.C. § 2254 petition are various motions seeking injunctive relief and discovery filed by the petitioner. Inasmuch as the respondent has not yet filed a responsive pleading herein, the petitioner's motions are premature. Accordingly, it is the recommendation of the undersigned that the petitioner's motions seeking injunctive relief be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof. It is hereby ordered that petitioner's motions seeking discovery are **DENIED**.

**SO ORDERED AND RECOMMENDED**, this 26th day of November, 2007.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE