**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| EDWARD TYRONE RIDLEY, | : | |
| Petitioner, | : | |
| v. | : | 1:07-CV-114 (WLS) |
| ANDY SELLERS, Warden, | : | |
| Respondent. | : | |

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed November 26, 2007. (Doc. 21). It is recommended that Petitioner's motions seeking injunctive relief (Docs. 13, 18) be denied as premature. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 21) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Emergency Expedited Motion for Injunction/Restraining Order, Gag Order and Emergency Transfer (Doc. 13) and Petitioner's Motion for Court Order and Permanent Injunction (Doc. 18) are hereby **DENIED.**

**SO ORDERED**, this  18th  day of January, 2008.

 /s/W. Louis Sands 
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1